IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50384
Conference Calendar
_____

CAROL JOHNENE MORRIS,

Plaintiff-Appellant,

versus

SYLVIA VILLALBA ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-96-CV-182
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Carol Johnene Morris, Texas prisoner #488243, appeals from the district court's dismissal as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) of her civil rights complaint. Morris's claim that her state parole was improperly revoked is legally frivolous because she has not shown that the revocation has been declared invalid. See Jackson v. Vannoy, 49 F.3d 175, 177 (5th Cir.), cert. denied, 116 S. Ct. 148 (1995). Moreover, members of the Texas Board of Pardons and Paroles who personally participate in the quasi-judicial activity of parole revocation proceedings are

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

entitled to absolute immunity. <u>See</u> <u>McGrew v. Texas Bd. of Pardons and Paroles</u>, 47 F.3d 158, 160-61 (5th Cir. 1995). Accordingly, the district court did not abuse its discretion by dismissing Morris's complaint as frivolous. <u>See</u> <u>Moore v. Mabus</u>, 976 F.2d 268, 270 (5th Cir. 1992). The district court's judgment is AFFIRMED. Morris's motions for summary judgment and for production of documents and audiotapes are DENIED.

JUDGMENT AFFIRMED; MOTIONS DENIED.